**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Robert Palmyra                              Bankruptcy No. 17-14150
        aka Frank Robert Palmyra
        aka F. Robert Palmyra
                  Debtor                  Chapter 13

**PLAN DATED OCTOBER 31, 2017**

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of $465.00 for 56 payments starting in November, 2017 together with $1,880.00 already paid into the Plan.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    Trustee's Fee:       Standard Trustee's Commission

    Attorney's Fee:      $1,500.00 + $50.00 in costs

IRS - $697.92 shall be paid inside the Plan.

Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    Deutsche Bank National Trust Company/Select Portfolio Servicing, Inc. – arrears in the amount of $18,861.54 shall be paid inside the Plan.

    Deutsche Bank National Trust Company/Select Portfolio Servicing, Inc. – current payments starting in July, 2017 shall be paid outside the Plan.

    Ally Financial - $338.26 shall be paid inside the Plan.

    Ally Financial – current payments starting in July, 2017 shall be paid outside the Plan.

      PA Department of Revenue - $3,124.17 shall be paid inside the Plan.

(b) Subsequent to - pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

All unsecured claims which are duly allowed shall be paid 100% of the allowed claim.

3. The following executory contracts of the Debtor are rejected: None

4. Property of the estate shall revest in the Debtor upon confirmation.

                                                                          S/ Robert Palmyra
                                                                           Robert Palmyra