## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Robert Palmyra<br>aka Frank Robert Palmyra<br>aka F. Robert Palmyra | Bankruptcy No. 17-14150 |
| Debtor | Chapter 13 |

### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **October 31, 2017** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the first Amended Plan to all secured and priority creditors.

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esquire
Diana M. Dixon, Esquire