# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert Palmyra aka Frank Robert Palmyra, aka F. Robert Palmyra<br><br>       Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes, its successors and/or assigns<br>       Movant<br>  vs. | NO. 17-14150 ELF |
| Robert Palmyra aka Frank Robert Palmyra, aka F. Robert Palmyra<br>       Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes, which was filed with the Court on or about October 25, 2017 (Document No. 11).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

November 13, 2017