United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Palmyra  
        Debtor

Case No. 17-14150-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 1                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db             +Robert Palmyra,    1009 Log College Drive,    Warminster, PA 18974-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:01:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:32
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                 TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Robert  Palmyra dianamdixonesq@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
               Notes bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
               Notes bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Palmyra                                        Bankruptcy No. 17-14150

          Debtor                                                            Chapter 13

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$3,000.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,500.00,** which was paid by the Debtor prepetition.

Date: 3/20/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**