# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Palmyra aka Frank Robert Palmyra, aka F. Robert Palmyra<br>       Debtor | Chapter 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes<br>       v.<br>Robert Palmyra aka Frank Robert Palmyra, aka F. Robert Palmyra<br>       and<br>William C. Miller Esq.<br>       Trustee | NO. 17-14150 ELF |

## ORDER

AND NOW, this 2nd day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 5, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1009 Log College Drive Warminster, PA 18974.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**