# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 17-14150-ELF

ROBERT  PALMYRA

1009 LOG COLLEGE DRIVE

WARMINSTER, PA 18974-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ROBERT  PALMYRA

1009 LOG COLLEGE DRIVE

WARMINSTER, PA 18974-

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

                         /S/ William C. Miller

Date: 11/18/2019

                         _____

                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee