United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14150-elf
Robert Palmyra                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 2              Date Rcvd: Jan 15, 2020
                            Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db             +Robert Palmyra,    1009 Log College Drive,    Warminster, PA 18974-1819
13934703        Abington Memorial Hospital,    2510 Maryland Road,    Suite 200,   Willow Grove, PA 19090-1135
13934704       +Abington Memorial Hospital,    30 Washington Avenue,    Suite C-6,   Haddonfield, NJ 08033-3341
13934706       +Altera - 2819,    5185 Campus Drive,    Suite 19462-1112
14278521       +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,   Doylestown, PA 18901-3755
13934707       #Grimley Financial,    30 Washington Avenue,    Suite C-6,   Haddonfield, NJ 08033-3341
13992500       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
13934709       +Mary Palmyra,    1009 Log College Drive,    Warminster, PA 18974-1819
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13934705        E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 03:12:59     Ally,   PO Box 380902,
                 Minneapolis, MN 55438-0902
13947617        E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 03:12:59     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14005848        E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2020 03:14:33
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13934708       +E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 03:13:32     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
13934712        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:45     PA Dept of Revenue,
                 ATTN: Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
13937125        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13934713        E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2020 03:14:33
                 Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13934710*      +Mary Palmyra,    1009 Log College Drive,    Warminster, PA 18974-1819
13934711*      +Mary Palmyra,    1009 Log College Drive,    Warminster, PA 18974-1819
                                                                                TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                   Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
```
              DIANA M. DIXON    on behalf of Debtor Robert  Palmyra dianamdixonesq@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
               Notes bkgroup@kmllawgroup.com
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2                  Date Rcvd: Jan 15, 2020
                               Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                    TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ROBERT  PALMYRA

Chapter 13

Debtor

Bankruptcy No. 17-14150-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 15, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Debtor:
ROBERT  PALMYRA

1009 LOG COLLEGE DRIVE

WARMINSTER, PA 18974-